IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JANNACE MOJICA, on behalf of herself and
others similarly situated,

                *Plaintiff,*    Docket No. 1:18-cv-10735-PAC

- against -

NATIONAL STAFFING SOLUTIONS, INC.
                *Defendant.*

STIPULATION AND PROPOSED ORDER OF FINAL DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jannace Mojica ("Plaintiff") and Defendant National Staffing Solutions, Inc. ("Defendant") that the Settlement Agreement in this matter having been reviewed by the Court and found to be fair and reasonable, Plaintiff's claims in the above-captioned action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Settlement Agreement.

Respectfully submitted this _14_ day of _February_ 2019.

| | |
|---|---|
| LAW OFFICE OF FELIX VINLUAN | JACKSON LEWIS P.C. |
| By: _/s/_ | By: _____ |
| Felix Q. Vinluan (FV 6788) | Jason A. Zoldessy |
| 69-10 Roosevelt Avenue, 2nd Floor | 666 Third Avenue, 29th Floor |
| Woodside, NY 11377 | New York, NY 10017 |
| Tel. No. 718-478-4488 | Tel. No. (212) 545-4000 |
| Fax No. 718-478-4588 | Fax No. (212) |
| Email: fqvinluan@yahoo.com | Email: Jason.zoldessy@jacksonlewis.com |

LAW OFFICES OF MANUEL B.     Attorneys for Defendant, National
QUINTAL, P.C.     Staffing Solutions, Inc.
By: _/s/_
   Manuel B. Quintal (MQ5186)
   291 Broadway, Suite 1501

11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JANNACE MOJICA, on behalf of herself and others similarly situated,

                Plaintiff,    Docket No. 1:18-cv-10735-PAC

- against -

NATIONAL STAFFING SOLUTIONS, INC.

                Defendant.

---

STIPULATION AND PROPOSED ORDER OF FINAL DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jannace Mojica ("Plaintiff") and Defendant National Staffing Solutions, Inc. ("Defendant") that the Settlement Agreement in this matter having been reviewed by the Court and found to be fair and reasonable, Plaintiff's claims in the above-captioned action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Settlement Agreement.

Respectfully submitted this 14th day of February 2019.

| LAW OFFICE OF FELIX VINLUAN | JACKSON LEWIS P.C. |
|---|---|
| By: _____<br>Felix Q. Vinluan (FV 6788)<br>69-10 Roosevelt Avenue, 2nd Floor<br>Woodside, NY 11377<br>Tel. No. 718-478-4488<br>Fax No. 718-478-4588<br>Email: fqvinluan@yahoo.com | By: /s/ Jason A. Zoldessy<br>Jason A. Zoldessy<br>666 Third Avenue, 29th Floor<br>New York, NY 10017<br>Tel. No. (212) 545-4000<br>Fax No. (212)<br>Email: Jason.zoldessy@jacksonlewis.com |
| LAW OFFICES OF MANUEL B. QUINTAL, P.C.<br>By: _____<br>Manuel B. Quintal (MQ5186)<br>291 Broadway, Suite 1501 | Attorneys for Defendant, National Staffing Solutions, Inc. |

11

New York, NY 10007
Tel. No. 212-732-0055
Fax No. 212-587-8933
Email: quintallaw@aol.com

Attorneys for Plaintiff, Jannace Mojica

SO ORDERED on this _____ day of _____, 2019.

_____
Hon. Paul A. Crotty
United States District Judge